**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00873-WJM-KLM

APOGEE SCIENTIFIC, INC.,

      Plaintiff,

v.

TEKRAN INSTRUMENTS CORPORATION,
TSI, INCORPORATED

      Defendants.

---

**ORDER SETTING HEARING UNDER FED R. CIV. P. 16**

---

      This matter comes before the Court upon a Complaint filed by the Plaintiff

alleging infringement of a patent.  Given the nature of this case and the claims

asserted, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate.  Accordingly, it is

therefore ORDERED:

1.     That a hearing is set for June 22, 2011 at 11:00 a.m. in Courtroom A601 at the

     United States Courthouse located at 901 19th Street, Denver, Colorado.

     Counsel shall bring their calendars.  This is not a scheduling conference; the

     parties should not submit a proposed scheduling order.

2.     That prior to the hearing, the parties shall meet and confer about the following

     issues and be prepared to address them at the hearing:

     a.     Whether there are issues of claim construction.

b.      Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996) and, if so, the number of days the parties anticipate such a hearing will require.

c.      If a *Markman* hearing is required, whether discovery is necessary prior to such hearing.  If so, what discovery is required, and the length of time the parties anticipate will be required within which to conduct such discovery.[1]

d.      Whether there are any other issues or impediments to the setting of a *Markman* hearing at the time of the Rule 16 hearing.

e.      Other appropriate issues enumerated in Fed. R. Civ. P. 16.

Dated this 9th day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

---

[1]  This hearing does not substitute for a scheduling conference before Magistrate Judge Kristen L. Mix.  Any discussion regarding discovery will be limited to that necessary for the *Markman* hearing.