IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00873-WJM-KLM

APOGEE SCIENTIFIC, INC.,

    Plaintiff,

v.

TEKRAN INSTRUMENTS CORPORATION, and
TSI, INCORPORATED,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Appear by Telephone for August 9, 2011 Preliminary Scheduling Conference as Set by Order [Doc 36]** [Docket No. 38; Filed July 27, 2011] (the "Motion").  The Motion is unopposed and Defendants' local counsel will appear in person.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Out-of-state defense counsel shall contact the Court on a single line at **(303) 335-2770** to participate.

    Dated:  July 28, 2011