IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00873-WJM-KLM

APOGEE SCIENTIFIC, INC.,

      Plaintiff,

v.

TEKRAN INSTRUMENTS CORPORATION, and
TSI, INCORPORATED,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 41; Filed August 8, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is entered as an Order of the Court, with interlineations, as of today's date.

Dated:  August 9, 2011