IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00873-WJM-KLM

APOGEE SCIENTIFIC, INC.,

    Plaintiff,

v.

TEKRAN INSTRUMENTS CORPORATION, and
TSI, INCORPORATED,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Permit Discovery** [Docket No. 46; Filed August 12, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties are permitted to engage in mutually agreeable discovery prior to participation in the Fed. R. Civ. P. 26(f) Scheduling Conference set for September 26, 2011.

    IT IS FURTHER **ORDERED** that if discovery disputes arise, the parties shall adhere to the following procedures:

    No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A).  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a telephone hearing with Magistrate Judge Mix by contacting the Court on a single line to attempt to resolve the issue.  Both of these steps must be completed before any contested discovery motions are filed with the Court.

    Dated:  August 15, 2011