IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00873-RBJ-KLM

APOGEE SCIENTIFIC, INC.,

    Plaintiff,

v.

TEKRAN INSTRUMENTS CORPORATION, and
TSI, INCORPORATED,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Status Report Regarding Technology Tutorial** [Docket No. 55; Filed October 10, 2011] and the **Minute Order** referring the *Markman* hearing to the undersigned [Docket No. 59; Filed October 18, 2011].

    IT IS HEREBY **ORDERED** that request stated within the Joint Status Report regarding electronic submission of technology tutorials is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Order entered September 26, 2011 [Docket No. 51] is modified as stated below.

    Subpart i of Section 8 is amended as follows: The parties shall submit their technology tutorials electronically on or before **March 1, 2012**.

    Subpart m of Section 8 is amended as follows: Pursuant to the Amended Order of Reference [Docket No. 59], the claim construction (*Markman*) hearing shall be held by Magistrate Judge Mix on **June 21, 2012**, at **9:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Dated: October 18, 2011